IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ZOPHONOS INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>                    Defendants. | Case No.<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which Plaintiff Zophonos Inc. makes the following allegations against Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, "Defendants" or "Samsung").

## BACKGROUND

1.      Zophonos Inc. ("Zophonos") was incorporated on July 31, 2019, by Levaughn Denton. In addition to being the President and CEO of Zophonos, Denton is the sole inventor of the twenty patents assigned to Zophonos.

2.      Denton holds degrees in computer engineering and electrical engineering and has spent over a decade working in media communications, technology and entertainment.

3.      As is relevant to this action, he designed and patented various inventions that allow audible and inaudible frequencies to be analyzed, reported on, augmented, and/or modified. Such patents include U.S. Patent Nos. 10,656,906, 11,204,736, and 11,900,016 (together, the "Asserted Patents"). Zophonos holds all rights, title, and interest in such Asserted Patents.

4.      Defendants and their products infringe Zophonos' patents. For example, the Samsung Galaxy Buds Pro earbuds sold by Samsung contain two microphones that detect ambient noise. The Galaxy Buds Pro are connected to and can be controlled by a Samsung Galaxy smartphone via the Galaxy Wearable app. The earbuds collect and identify surrounding sound, and the audio output is adjusted to prioritize certain frequencies and sounds through settings such as Ambient Sound, Conversation Mode, Siren Detect, Adapt sound and Voice Detect.

5.      For example, when the user places the earbuds in Siren Detect mode on the app and the Galaxy Buds Pro detect sirens, the earbuds will automatically turn down music or other outputs and turn up the ambient noise so the wearer can better hear emergency sirens. Similarly, when placed into Voice Detect, the earbuds detect the user's voice in conversation, and turn down music or other outputs, and instead amplify the voices engaged in the conversation allowing the conversation to be heard clearly. Once the earbuds detect the end of the conversation, they stop amplifying the voices and turn back up other sounds on the earbuds. Thus, in these examples, the earbuds in combination with the Samsung Galaxy smartphone constitute a smart system that analyzes different frequencies and can augment and/or modify frequencies.

## PARTIES

6.      Zophonos is incorporated in Delaware, and its principal place of business is at 1007 North Orange Street 4th FL Ste 260 Wilmington, DE 19801.

7.      On information and belief, Defendant Samsung Electronics Co., Ltd. ("Samsung Electronics"), is a Korean corporation organized and existing under the laws of the republic of Korea, with its principal place of business at 129 Samsung-ro, Yeongtong-gu, Suwon-si, Gyeonggi-Do, Korea 16677. Samsung Electronics can be served with process in accordance with

the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents, in accordance with Fed. R. Civ. P. 4(f).

8. On information and belief, Defendant Samsung Electronics America, Inc. ("Samsung USA"), is a New York corporation and maintains a regular and established place of business in this District at 6625 Excellence Way, Plano, TX 75023. Samsung USA may be served through its registered agent for service of process, CT Corporation System, 1999 Bryant Street, Suite 900, Dallas, Texas 75201.

9. On information and belief, Samsung USA is a wholly owned subsidiary of Samsung Electronics and works pursuant to the direction and control of Samsung Electronics to sell and distribute Samsung products in the United States, including the products accused of infringement in this case.

10. Samsung Electronics and Samsung USA are collectively referred to herein as "Samsung" or "Defendants."

## JURISDICTION AND VENUE

11. This action arises under the patent laws of the United States, Title 35 of the United States Code.

12. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

13. This Court has personal jurisdiction over Samsung Electronics and Samsung USA because, directly or through intermediaries, each has committed acts within Texas and/or directed at Texas, giving rise to this action. Further, each has established sufficient minimum contacts with Texas such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

14.     Specifically, SEA maintains a regular and established place of business in this District, including at 6625 Excellence Way, Plano, TX 75023 and 1301 East Lookout Drive, Richardson, Texas 75082.

15.     Further, during the infringing time period, Samsung Electronics has placed one or more infringing products into the stream of commerce via an established distribution channel with the knowledge and/or understanding that such products were being offered for sale, and/or sold to customers, and/or utilized in Texas. For example, Samsung Electronics has sold and continues to sell in Texas, Galaxy BudsPro3, Q-Series Soundbars with SpaceFit/Auto EQ functionality, Samsung Galaxy smartphones, Galaxy Tabs, Samsung TVs, and Samsung Galaxy Books. In addition, Samsung maintains multiple retails stores throughout the State of Texas. *See* Samsung Experience Stores, https://www.samsung.com/us/samsung-experience-store/locations/ (last visited June 3, 2025).

16.     Notably, Samsung Electronics and Samsung USA have not disputed this Court's personal jurisdiction over them in other patent-infringement actions. *See, e.g.*, Answer at ¶¶ 7–8, 10–11, *Transparence, LLC v. Samsung Electronics Co., Ltd., et al.*, No. 2:24-cv-00910-RWS-RSP, (E.D. Tex. Feb. 18, 2025); Answer at ¶ 10, *Barkan Wireless v. Samsung Elecs. Co., Ltd. et al.*, No. 2:18-cv-00028-JRG, Dkt. 25 (E.D. Tex., Apr. 23, 2018); Answer at ¶ 9, *Immersion Corp. v. Samsung Electronics America*, No. 16-cv-572 (E.D. Tex. Oct. Oct 24, 2017); Answer at ¶ 10, *Richardson v. Samsung Electronics Co.*, No. 6-17-cv-428 (E.D. Tex. Oct. 20, 2017).

17.     Because this Court has personal jurisdiction over Samsung Electronics—a foreign corporation—venue is proper pursuant to 28 U.S.C. § 1391(c). *See In re HTC Corp.*, 889 F.3d 1349, 1354 (Fed. Cir. 2018).

18.     Venue is also proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b). Specifically, Samsung USA maintains a regular and established place of business in this District at 6625 Excellence Way, Plano, TX 75023 from which both Samsung Electronics and Samsung USA do business in this District. Further, both have committed, and continue to commit, acts of infringement in this District, entitling Zophonos to relief. *See In re Cray Inc.*, 871 F.3d 1355, 1362-63 (Fed. Cir. 2017).

## THE ASSERTED PATENTS

19.     This lawsuit asserts causes of action for infringement of U.S. Patent Nos. 10,656,906, 11,204,736, and 11,900,016 (the "Asserted Patents").

20.     On May 19, 2020, the United States Patent and Trademark Office ("PTO") issued U.S. Patent No. 10,656,906 (the "'906 Patent"), which is entitled "Multi-Frequency Sensing Method and Apparatus using Mobile-Based Clusters." A true and correct copy of which is attached as **Exhibit A**.

21.     The '906 Patent is a continuation-in-part of application No. 16/155,919, filed on October 10, 2018, and a continuation-in-part of application No. 14/862,304, filed on September 23, 2015. The '906 Patent also claims priority to a provisional application, No. 62/054,286, which was filed on September 23, 2014.

22.     Levaughn Denton, the CEO and President of Zophonos, is the sole inventor of the '906 Patent. Zophonos owns all substantial rights to the '906 Patent.

23.     On December 21, 2021, the PTO issued U.S. Patent No. 11,204,736 (the "'736 Patent"), which is entitled "Multi-Frequency Sensing Method and Apparatus Using Mobile-Clusters." A true and correct copy of which is attached as **Exhibit B.**

24.     The '736 Patent is a continuation of application No. 16/421,141, filed on May 23,

2019, which is a continuation-in-part of application No. 16/155,919, filed on October 10, 2018, which is a continuation of application No. 14/862,304, filed on September 23, 2015. The '736 Patent also claims priority to a provisional application, No. 62/054,286, which was filed on September 23, 2014.

25.    Levaughn Denton, the CEO and President of Zophonos, is the sole inventor of the '736 Patent. Zophonos owns all substantial rights to the '736 Patent.

26.    On February 13, 2024, the PTO issued U.S. Patent No. 11,900,016 (the "'016 Patent"), entitled "Multi-Frequency Sensing method and Apparatus Using Mobile-Clusters." A true and correct copy of which is attached as **Exhibit C.**

27.    The '016 patent is a continuation of application No. 16/656,259, filed on October 17, 2019, which is a continuation of application No. 16/421,141, filed on May 23, 2019, now U.S. Patent No. 10,656,906, which is a continuation-in-part of application No. 16/155,919, filed on October 10, 2018, which is a continuation of application No. 14/862,304, filed on September 23, 2015. The '016 Patent also claims priority to a provisional application, No. 62/054,286, which was filed on September 23, 2014.

28.    Levaughn Denton, the CEO and President of Zophonos, is the sole inventor of the '016 Patent. Zophonos owns all substantial rights to the '016 Patent.

29.    Each of the Asserted Patents disclose devices, systems, and methods of sensing noise, such as ambient noise or conversation, and altering the sensed noise prior to outputting the sensed noise. The claims of the patents improve existing functioning of computing systems, *inter alia*, by sensing sounds, isolating sounds, and autonomously manipulating the audio output.

30.    The Asserted Patents specifically identify problems with conventional audio systems. For example, it is difficult to manage audio outputs in real-time due to factors such as

6

improper calibrations and unwanted harmonics and soundwave reflections. Additionally, the audio intelligibility of the sound a listener is trying to hear, such as music, can be affected by surrounding noises, such as a loud crowd, requiring the listener to turn up desired sound to levels that pose a danger to human listeners.

31.     The inventions claimed in the Asserted Patents solve these problems by, for example, sensing various types of phenomena like sound and micro-wave radiation to analyze, report, and/or control outputs, including on displays and speakers.

32.     The devices, systems, and methods disclosed by the Asserted Patents were not well understood, routine, or conventional at the time of invention. For example, existing technology did not include isolating one or more sounds and determining whether any of the isolated sounds include a frequency outside of a predetermined threshold, such that if one or more sounds includes the frequency outside of the predetermined threshold, it could be altered so that the frequency does not fall outside of the predetermined threshold.

33.     The Asserted Patents disclose several preferred embodiments, including "various in-ear systems" such that "software defined and/or cognitive-defined based in-ear transceivers can be used to wirelessly communicate with an audio control source and thus, the output of such an in-ear monitor can be autonomously adjusted after sensing audio output. A given output can be adjusted according to what is sensed within specified location or what is sensed at external clusters." '906 Patent at 8:48–55; '736 Patent at 8:51–58; '016 Patent at 8:48–55.

34.     Zophonos complied with 35 U.S. Code § 287 as it has not made, offered for sale, or sold in the United States, or imported into the United States, any patented article not marked with the patent number of each Asserted Patent; nor has any other person or entity with a license or right to practice any Asserted Patent done so.

## DEFENDANTS' ACCUSED PRODUCTS

35.    Defendants' infringing products (the "Accused Products") include Samsung earbuds, Galaxy Phones, Tablets, TVs, Soundbars, and devices with SpaceFit Sound Pro Plus technology that were sold, offered for sale, made, or used in the United States, or imported into the United States, from at least May 19, 2020, to the present, as well as any other similar products.

36.    The Accused Products incorporate Zophonos's patented technology without a license to do so.

## WILLFUL INFRINGEMENT

37.    Samsung's ongoing infringement of the Zophonos's Patents is willful. As one example, at least as early as March 18, 2025, a patent examiner cited the '016 Patent as a reference in the reexamination of a patent assigned to Samsung titled "Method and System for Mitigating Unwanted Audio Noise in a Voice Assistant-Based Communication Environment" (Application No. 2023/0215457). Thus, Samsung has had knowledge of the Zophonos patent portfolio since at least March 18, 2025, if not earlier.

38.    Furthermore, as detailed herein, Samsung now has notice of the '906, '736, and '016 Patents and its infringement of it.

39.    Nevertheless, without authorization, Samsung has continued to infringe the '906, '736, and '016 Patents and encourages others to infringe the '906, '736, and '016 Patents, including by selling and/or using the Accused Products in the United States.

## COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 10,656,906

40.    Zophonos repeats and incorporates by reference each preceding paragraph as if fully set forth herein, and further states:

41.    Defendants have directly infringed, and continue to directly infringe, the '906

Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, one or more products that practice various claims of the '906 Patent, literally or under the doctrine of equivalents (hereinafter the "'906 Accused Products"). At a minimum, such '906 Accused Products include all devices that infringe the claims of the '906 Patent. This includes products like the Samsung earbuds, Galaxy Phones, Tablets, TVs, Soundbars, and devices with SpaceFit Sound Pro Plus technology that were sold, offered for sale, made, or used in the United States, or imported into the United States, from at least May 19, 2020, to the present, as well as any other similar products.

42.     As detailed below, the '906 Accused Products are configured by Samsung to practice every element of at least Claim 1 of the '906 Patent literally or under the doctrine of equivalents.[1] Further, the identified components and functionality are representative of the components and functionality present in all '906 Accused Products.

43.     Claim 1 of the '906 Patent recites: "A system comprising: an audio control source; at least one cluster of at least one computing device, the at least one computing device including a sound sensing mechanism, configured to sense a noise; and a wireless transceiver, configured to wirelessly transmit and receive data from the audio control source; at least one output device, including: a power source for operating the output device; a speaker for outputting sound; and a communication mechanism, for receiving electronic information from the audio control source; and the audio control source, in electronic communication the  at least one cluster and the at least one output device the audio control source including: a memory, containing computer-executable instructions for connecting to the at least one cluster, and varying an output of the at least one

---

[1] This description is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which each '906 Accused Product infringes the '906 Patent.

output device, providing an interface; a processor, for executing the computer-executable instructions, wherein the computer-executable instructions include: identifying one or more sounds within the noise; isolating the one or more sounds; determining if one or more of the one or more sounds includes a frequency outside of a predetermined threshold; if one or more of the one or more sounds includes the frequency outside of the predetermined threshold, altering the one or more of the one or more sounds so that the frequency does not fall outside of the predetermined threshold; and outputting the one or more sounds on the at least one output device."

44.     Each of the Accused Products practices every element of at least Claim 1.

45.     For example, each of the '906 Accused Products comprise an audio control source. For example, the audio in the Galaxy Buds Pro is controlled by the Galaxy Wearable app installed on a device such as a Samsung Galaxy smartphone. *See, e.g.*, *Optimize your sound experience with Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001321/ (last visited May 16, 2025); *Experience Noise controls mode on your Galaxy Buds Pro*, https://www.samsung.com/ph/support/mobile-devices/experience-noise-controls-mode-on-your-galaxy-buds-pro/#:~:text=activate%20Voice%20detect-,Step%201.,device%20model%20and%20software%20version (last visited May 16, 2025).

 

46.     Further, each of the '906 Accused Products comprise at least one cluster of at least one computing device. For example, the Galaxy Buds Pro are computing devices.

47.     Further, such at least one computing device in each '906 Accused Product includes a sound sensing mechanism configured to sense a noise. For example, the Galaxy Buds Pro include two microphones that detect ambient noise. *See, e.g., Galaxy Buds2*, https://www.samsung.com/us/app/mobile-audio/galaxy-buds2/ (last visited May 16, 2025).



48.     Further, such at least one computing device in each '906 Accused Product includes a wireless transceiver, configured to wirelessly transmit and receive data from the audio control source. For example, the Galaxy Buds Pro are wireless earbuds that connect to other devices, such as the Samsung Galaxy smartphone through Bluetooth. *See, e.g., How to connect your Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last accessed May 16, 2025).



## How to connect your Samsung Galaxy earbuds

**Galaxy Buds** are versatile, wireless earbuds that can connect to several devices so you can get your audio your way. Whether you want to connect them to a phone, tablet, PC, TV, or even a smart watch, they have you covered. They can be used for streaming music and podcasts as well as making and managing phone calls. You can also switch the connection between other devices in your home using the Galaxy Wearable app or your device's Bluetooth settings.



49.     Further, each of the '906 Accused Products comprise at least one output device. For example, the Galaxy Buds Pro output audio. *See, e.g.*, *Galaxy Buds2*, https://www.samsung.com/us/app/mobile-audio/galaxy-buds2/ (last visited May 16, 2025).

50.     Further, the output device of the at least one computing device in each '906 Accused Product includes a power source for operating the output device. For example, the Galaxy Buds Pro include a battery and a charging case. They can charge wired or wirelessly. *See, e.g.*, All about your Samsung earbuds' battery life, https://www.samsung.com/ae/support/mobile-devices/all-about-your-samsung-earbuds-battery-life/#:~:text=Galaxy%20Buds2%20Pro%20give%20you,with%20a%20fully%20charged%20case (last accessed May 16, 2025) *How to charge Galaxy Buds, Buds 2 & Buds Pro wired or wirelessly*, https://www.samsung.com/uk/support/mobile-devices/how-to-charge-samsung-galaxy-buds/ (last accessed May 16, 2025).



51.     Further, the output device in each '906 Accused Product includes a speaker for outputting sound. For example, the Galaxy Buds Pro contain two-way dynamic speakers. *See, e.g.*, *Galaxy Buds2*, https://www.samsung.com/us/app/mobile-audio/galaxy-buds2/ (last visited May 16, 2025).

52.     Further, the output device in each '906 Accused Product includes a communication mechanism, for receiving electronic information from the audio control source. For example, the

Galaxy Buds Pro are wireless earbuds with Bluetooth capabilities. *See, e.g.*, *How to connect your Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last accessed May 16, 2025).



## How to connect your Samsung Galaxy earbuds

**Galaxy Buds** are versatile, wireless earbuds that can connect to several devices so you can get your audio your way. Whether you want to connect them to a phone, tablet, PC, TV, or even a smart watch, they have you covered. They can be used for streaming music and podcasts as well as making and managing phone calls. You can also switch the connection between other devices in your home using the Galaxy Wearable app or your device's Bluetooth settings.



53.     Further, the audio control source in each '906 Accused Product further is in electronic communication with the at least one cluster and the at least one output device. For example, a Samsung Galaxy smartphone is in electronic communication with the Galaxy Buds Pro via Bluetooth. *See, e.g.*, *How to connect your Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last accessed May 16, 2025).

54.     Further, the audio control source in each '906 Accused Product further includes a memory with computer-executable instructions for connecting to the at least one cluster, and varying an output of the at least one output device, providing an interface. For example, the Samsung Galaxy smartphone includes a memory and storage with Bluetooth drivers and software capable of connecting to the Galaxy Buds Pro and controlling the output of the volume and type of audio playing on the Galaxy Buds Pro. The Samsung Galaxy smartphone is also capable of downloading the Galaxy Wearable App that provides an interface that executes instructions to control the output on the Galaxy Buds Pro. *See, e.g.*, *Galaxy S24 | S24+ Specification*, https://www.samsung.com/latin_en/smartphones/galaxy-s24/specs/ (last accessed May 16, 2025); *Use Ambient sound on your Samsung Galaxy earbuds*,

https://www.samsung.com/us/support/answer/ANS10001315/ (last accessed May 16, 2024).

55.    Further, the audio control source in each '906 Accused Product further includes a processor for executing computer-executable instructions. For example, the Samsung Galaxy smartphone includes a processor that is capable of executing computer-executable instructions. *See, e.g., Galaxy S24 | S24+ Specification*, https://www.samsung.com/latin_en/smartphones/galaxy-s24/specs/ (last accessed May 16, 2025).

56.    Further, the computer-executable instructions included in the audio control source in each of the '906 Accused Products includes identifying one or more sounds within the noise. For example, the Galaxy Buds Pro, operating in Ambient Sound/Conversation mode, can detect certain frequencies and identify specific surrounding sounds, including sounds such as specific human voices or emergency sirens. *See, e.g., Automatic noise adjustments on the Galaxy Buds3 Pro*, https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can %20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025).

57.    Further, the computer-executable instructions included in the audio control source in each of the '906 Accused Products includes isolating the one or more sounds. For example, the Galaxy Buds Pro, operating in Ambient Sound/Conversation mode, can isolate and focus on

specific ambient sounds like human voices, traffic noise, construction sounds, alarms, sirens and doorbells. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*, https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can %20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025).

58.     Further, the computer-executable instructions included in the audio control source in each of the '906 Accused Products includes determining if one or more of the one or more sounds includes a frequency outside of a predetermined threshold. For example, the Galaxy Buds Pro can isolate different frequency bands within the ambient sound to detect relevant auditory information and they can detect different frequency levels such as high and mid frequency. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*, https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can %20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you

(last accessed May 16, 2025); *Galaxy Buds3 Series Offers Enhanced Convenience on the Galaxy S25 Series*, https://news.samsung.com/global/galaxy-buds3-series-offers-enhanced-convenience-on-the-galaxy-s25-series (February 28, 2025).

59.    Further, the computer-executable instructions in the audio control source included in each of the '906 Accused Products includes, if the one or more of the one or more sounds includes the frequency outside of the predetermined threshold, altering the one or more of the one or more sounds so that the frequency does not fall outside of the predetermined threshold. For example, the Galaxy Pro Buds can be set to boost different frequencies that fall within a chosen threshold. *Galaxy Buds3 Series Offers Enhanced Convenience on the Galaxy S25 Series*, https://news.samsung.com/global/galaxy-buds3-series-offers-enhanced-convenience-on-the-galaxy-s25-series (February 28, 2025).



60.    Further, the computer-executable instructions included in the audio control source in each of the '906 Accused Products includes outputting the one or more sounds on the at least one output device. For example, the altered sounds are output through the Galaxy Buds Pro speakers.

61.     Samsung thus directly infringed, and continues to directly infringe, each element of Claim 1 of the '906 Patent by selling and offering to sell in the United States, and by importing into the United States, without authorization, the '906 Accused Products

62.     Samsung also actively induced, and will continue to actively induce after the filing of this complaint, direct infringement of the '906 Patent by distributors, customers, and other end users of the '906 Accused Products by distributing the '906 Accused Products knowing that each would be further sold, offered for sale, and/or used in the United States, including in Texas, and would—when used—infringe the '906 Patent.

63.     For example, '906 Accused Products are distributed throughout Texas by third parties like BestBuy.

64.     Further, Defendants took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the '906 Accused Products in a manner that infringes the '906 Patent. Such steps by Defendants include but are not limited to advising and directing customers and/or end users to use the Accused Products in an infringing manner; and/or distributing instructions that guide end users to use the Accused Products in an infringing manner. Defendants perform these steps, which constitute induced infringement, with knowledge of the Patents-in-Suit and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by their customers and/or end users would infringe the Patents-in-Suit. Defendants' induced infringement is ongoing. *See, e.g.*, Samsung Electronics Co., Ltd., *SM-R530/R630 User Guide*, Oct. 2024. Available: https://www.samsung.com/us/support/downloads/.

65.     In addition, Samsung's ongoing infringement of the '906 Patent is willful. As detailed herein, Samsung has notice of the '906 Patent and its infringement of it. Nevertheless,

without authorization, Samsung deliberately continues to infringe the '906 Patent and also encourages others to infringe the '906 Patent, including by selling and/or using '906 Accused Products in the United States.

66.     Samsung's acts of infringement have caused damage to Zophonos, and Zophonos is entitled to recover from Defendant the damages Zophonos has sustained as a result of such wrongful acts in an amount to be proven at trial.

## COUNT 2 – INFRINGEMENT OF U.S. PATENT NO. 11,204,736

67.     Zophonos repeats and incorporates by reference each preceding paragraph as if fully set forth herein, and further states:

68.     Defendants have directly infringed, and continue to directly infringe, the '736 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, one or more products that practice various claims of the '736 Patent, literally or under the doctrine of equivalents (hereinafter the "'736 Accused Products"). At a minimum, such '736 Accused Products include all devices that infringe the claims of the '736 Patent. This includes products like the Samsung earbuds, Galaxy Phones, Tablets, TVs, Soundbars, and devices with SpaceFit Sound Pro Plus technology that were sold, offered for sale, made, used, or imported from at least December 21, 2021, to the present, as well as any other similar products.

69.     As detailed below, the '736 Accused Products are configured by Samsung to practice every element of at least Claim 1 of the '736 Patent literally or under the doctrine of

18

equivalents.[2] Further, the identified components and functionality are representative of the components and functionality present in all '736 Accused Products.

70.    Claim 1 of the '736 Patent recites: A system comprising: a data source; at least one cluster of at least one computing device, the at least one computing device including: a sound sensing mechanism, configured to sense a noise; and an electronic bus which is configured to transmit and receive data from the data source, wherein the data source is in electronic communication with the at least one cluster and at least one output device; a memory, containing computer-executable instructions and a processor configured to execute the computer-executable instructions to cause the processor to perform functions including: identifying one or more sounds within the noise; isolating the one or more sounds; and determining if one or more of the isolated one or more sounds includes a frequency outside of a predetermined threshold.

71.    Each of the Accused Products practices every element of at least Claim 1.

72.    For example, each of the '736 Accused Products are comprised of a data source. For example, the Samsung Galaxy smartphones with the Galaxy Wearable app is a data source for the Galaxy Bud Pros. *See, e.g.*, Connect and use your Galaxy S25 with Buds3 or Buds3 Pro, https://www.samsung.com/us/support/answer/ANS10004610/ (accessed May 16, 2025).

73.    Further, each of the '736 Accused Products are comprised of at least one cluster of at least one computing device. For example, the Galaxy Buds Pro and Galaxy Samsung smartphones operate as a cluster of computing devices.

74.    Further, such at least one computing device in each '736 Accused Product includes a sound sensing mechanism configured to sense a noise. For example, the Galaxy Buds Pro include

---

[2] This description is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which each '736 Accused Product infringes the '736 Patent.

two    microphones    that    detect    ambient    noise.    *See,    e.g.,    Galaxy    Buds2*,
https://www.samsung.com/us/app/mobile-audio/galaxy-buds2/ (last visited May 16, 2025).



75.    Further, such at least one computing device in each '736 Accused Product includes
an electronic bus which is configured to transmit and receive data from the data source, wherein
the data source is in electronic communication with the at least one cluster and at least one output
device. For example, Galaxy Bud Pros include an electronic data bus and are connected and
communicate with the Samsung Galaxy smartphone via Bluetooth. *See, e.g.*, *How to connect your
Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last
accessed May 16, 2025).

76.    Further, each of the '736 Accused Products are comprised of a memory, containing
computer-executable instructions. For example, the Samsung Galaxy smartphone includes
memory and storage with Bluetooth drivers and software capable of connecting to the Galaxy Buds
Pro and controlling the output of the volume and type of audio on playing on the Galaxy Buds Pro.
*See,    e.g.,    Galaxy    S24    |    S24+    Specification*,
https://www.samsung.com/latin_en/smartphones/galaxy-s24/specs/ (last accessed May 16, 2025);
*Use    Ambient    sound    on    your    Samsung    Galaxy    earbuds*,
https://www.samsung.com/us/support/answer/ANS10001315/ (last accessed May 16, 2024).

77.     Further, each of the '736 Accused Products are comprised of a processor configured to execute the computer-executable instructions to cause the processor to perform functions. For example, both the Samsung Galaxy smartphone and Galaxy Buds Pro include a central processing unit.

78.     Further, such processor in each '736 Accused Product can identify one or more sounds within the noise. For example, the Galaxy Buds Pro, operating in Ambient Sound/Conversation mode, can detect certain frequencies and identify specific surrounding sounds, including sounds such as specific human voices or emergency sirens. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*, https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can %20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025).

79.     Further, such processor in each '736 Accused Product can isolate the one or more sounds. For example, the Galaxy Buds Pro, operating in Ambient Sound/Conversation mode, can isolate and focus on specific ambient sounds like human voices, traffic noise, construction sounds, alarms, sirens and doorbells. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*,https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%2 0can%20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May

16, 2025); *Galaxy Buds3 Pro*, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025).

80.    Further, such processor in each '736 Accused Product can determine if one or more of the isolated one or more sounds includes a frequency outside of a predetermined threshold. For example, the Galaxy Buds Pro can isolate different frequency bands within the ambient sound to detect relevant auditory information and they can detect different frequency levels such as high and mid frequency. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*,https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can%20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); *Galaxy Buds3 Pro*, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025); *Galaxy Buds3 Series Offers Enhanced Convenience on the Galaxy S25 Series*, https://news.samsung.com/global/galaxy-buds3-series-offers-enhanced-convenience-on-the-galaxy-s25-series (February 28, 2025).

81.    Samsung thus directly infringed, and continues to directly infringe, each element of Claim 1 of the '736 Patent by using, selling, and/or offering to sell in the United States, and/or

by importing into the United States, without authorization, '736 Accused Products.

82.    Samsung also actively induced and will continue to actively induce after the filing of this complaint, direct infringement of the '736 Patent by distributors, customers, and other end users of the '736 Accused Products by distributing the '736 Accused Products knowing that each will be further sold, offered for sale, and/or used in the United States, including in Texas.

83.    For example, '736 Accused Products are distributed throughout Texas by third parties like BestBuy.

84.    Further, Defendants took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the '736 Accused Products in a manner that infringes the '736 Patent. Such steps by Defendants include but are not limited to advising and directing customers and/or end users to use the Accused Products in an infringing manner; and/or distributing instructions that guide end users to use the Accused Products in an infringing manner. Defendants perform these steps, which constitute induced infringement, with knowledge of the Patents-in-Suit and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by their customers and/or end users would infringe the Patents-in-Suit. Defendants' induced infringement is ongoing. *See, e.g.*, Samsung Electronics Co., Ltd., *SM-R530/R630 User Guide*, Oct. 2024. Available: https://www.samsung.com/us/support/downloads/.

85.    In addition, Samsung's ongoing infringement of the '736 Patent is willful. As detailed herein, Samsung has notice of the '736 Patent and its infringement of it. Nevertheless, without authorization, Samsung deliberately continues to infringe the '736 Patent and also encourages others to infringe the '736 Patent, including by selling and/or using '736 Accused Products in the United States.

86.    Samsung's acts of infringement have caused damage to Zophonos, and Zophonos is entitled to recover from Defendant the damages Zophonos has sustained as a result of such wrongful acts in an amount to be proven at trial.

## COUNT 3 – INFRINGEMENT OF U.S. PATENT NO. 11,900,016

87.    Zophonos repeats and incorporates by reference each preceding paragraph as if fully set forth herein, and further states:

88.    Defendants have directly infringed, and continue to directly infringe, the '016 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, one or more products that practice various claims of the '016 Patent, literally or under the doctrine of equivalents (hereinafter the "'016 Accused Products"). At a minimum, such '016 Accused Products include all devices that infringe the claims of the '016 Patent. This includes products like the Samsung earbuds, Galaxy Phones, Tablets, TVs, Soundbars, and devices with SpaceFit Sound Pro Plus technology that were sold, offered for sale, made, or used in the United States, or imported into the United States, from at least February 13, 2024, to the present, as well as any other similar products.

89.    As detailed below, the '016 Accused Products are configured by Samsung to practice every element of at least Claim 39 of the '016 Patent literally or under the doctrine of equivalents.[3] Further, the identified components and functionality are representative of the components and functionality present in all '016 Accused Products.

---

[3] This description is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which each '906 Accused Product infringes the '906 Patent.

90.    Claim 39 of the '016 Patent recites: "A system comprising: at least one cluster of at least one computing device, the at least one computing device including: a sound sensing mechanism, configured to: detect a sensed energy, wherein the sensed energy comprises one or more sounds; and monitor one or more parameters selected from the group of (i) an amplitude of the one or more sounds and (ii) a frequency of the one or more sounds; and a wireless transceiver; and at least one output device, including: a power source for operating the output device; a speaker for outputting sound; and a communication mechanism, wherein the at least one computing device further comprises: a memory, containing computer-executable instructions for connecting to the at least one cluster and varying an output of the at least one output device; and a processor, for executing the computer-executable instructions, wherein the computer-executable instructions include: determining if at least one of the monitored one or more parameters falls outside of a predetermined threshold; if at least one of the monitored one or more parameters falls outside of the predetermined threshold altering one or more of the one or more sounds so that at least one of the monitored one or more parameters does not fall outside of the predetermined threshold; and outputting the one or more sounds on the at least one output device."

91.    Each of the Accused Products practice every element of at least Claim 39.

92.    For example, each of the '016 Accused Products contains at least one cluster of at least one computing device, the at least one computing device. For example, Galaxy Bud Pros and Samsung Galaxy smartphone are computing devices.

93.    Further, the at least one computing device of each '016 Accused Product includes a sound sensing mechanism configured to detect a sensed energy wherein the sensed energy comprises one or more sounds. For example, the Galaxy Buds Pro include two microphones that detect ambient noise. *See, e.g.,* *Galaxy Buds2*, https://www.samsung.com/us/app/mobile-

audio/galaxy-buds2/ (last visited May 16, 2025).



94.    Further, the sound sensing mechanism of each '016 Accused Product is configured to monitor one or more parameters selected from the group of an amplitude of the one or more sounds and a frequency of the one or more sounds. For example, the Galaxy Buds Pro, operating in Ambient Sound/Conversation mode, can isolate and focus on specific ambient sounds like human voices, traffic noise, construction sounds, alarms, sirens and doorbells based on their frequency and amplitude. *See, e.g., Automatic noise adjustments on the Galaxy Buds3 Pro,* https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can %20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind,* https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025).

95.    Further, the at least one computing device of each '016 Accused Product includes a wireless transceiver. For example, the Galaxy Buds Pro have Bluetooth capabilities. *See, e.g.,*

*How      to      connect      your      Samsung      Galaxy      earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last accessed May 16, 2025).



96.    Further, each of the '016 Accused Products contains at least one output device with a power source for operating. For example, the Galaxy Buds Pro include a battery and a charging case. They can charge wired or wirelessly. *See, e.g.*, *All about your Samsung earbuds' battery life*, https://www.samsung.com/ae/support/mobile-devices/all-about-your-samsung-earbuds-battery-life/#:~:text=Galaxy%20Buds2%20Pro%20give%20you,with%20a%20fully%20charged%20case (last accessed May 16, 2025) *How to charge Galaxy Buds, Buds 2 & Buds Pro wired or wirelessly*, https://www.samsung.com/uk/support/mobile-devices/how-to-charge-samsung-galaxy-buds/ (last accessed May 16, 2025).



97.    Further, each of the '016 Accused Products contains at least one output device with a speaker for outputting sound. For example, the Galaxy Buds Pro contain two-way dynamic

speakers. *See, e.g.*, *Galaxy Buds2*, https://www.samsung.com/us/app/mobile-audio/galaxy-buds2/ (last visited May 16, 2025).

98.    Further, each of the '016 Accused Products contains at least one output device with a communication mechanism. For example, the Galaxy Buds Pro have Bluetooth capabilities. *See, e.g.*, *How to connect your Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001319/ (last accessed May 16, 2025).

99.    Further, the at least one computing device of each '016 Accused Product comprises a memory, containing computer-executable instructions for the connecting to the at least one cluster and varying an output of the at least one output device. For example, the Samsung Galaxy smartphone includes a memory and storage with Bluetooth drivers and software capable of connecting to the Galaxy Buds Pro and controlling the output of the volume and type of audio on playing on the Galaxy Buds Pro. The Samsung Galaxy smartphone is also capable of downloading the Galaxy Wearable App that provides an interface that executes instructions to control the output on the Galaxy Buds Pro. *See, e.g.*, *Galaxy S24 | S24+ Specification*, https://www.samsung.com/latin_en/smartphones/galaxy-s24/specs/ (last accessed May 16, 2025); *Use Ambient sound on your Samsung Galaxy earbuds*, https://www.samsung.com/us/support/answer/ANS10001315/ (last accessed May 16, 2024).

100.    Further, the at least one computing device of each '016 Accused Product comprises a processor, for executing the computer-executable instructions, wherein the computer-executable instructions include determining if at least one of the monitored one or more parameters falls outside of a predetermined threshold. For example, both the Samsung Galaxy smartphone and Galaxy Buds Pro include a central processing unit. Further, the Galaxy Buds Pro can isolate different frequency bands within the ambient sound to detect relevant auditory information and

they can detect different frequency levels such as high and mid frequency. *See, e.g.*, *Automatic noise adjustments on the Galaxy Buds3 Pro*, https://www.samsung.com/us/support/answer/ANS10003394/#:~:text=Although%20you%20can%20manually%20enable,hear%20your%20voice%20more%20clearly (last accessed May 16, 2025); Galaxy Buds3 Pro, https://www.samsung.com/uk/audio-sound/galaxy-buds/galaxy-buds3-pro-silver-sm-r630nzaaeua/ (last accessed May 16, 2025); *How Galaxy Buds Pro Are Made With Digital Accessibility in Mind*, https://www.samsung.com/latin_en/explore/brand/how-galaxy-buds-pro-are-made-with-digital-accessibility-in-mind/#:%7E:text=Not%20only%20do%20the%20Galaxy,down%20as%20it%20suits%20you (last accessed May 16, 2025); *Galaxy Buds3 Series Offers Enhanced Convenience on the Galaxy S25 Series*, https://news.samsung.com/global/galaxy-buds3-series-offers-enhanced-convenience-on-the-galaxy-s25-series (February 28, 2025).

101.    Further, the at least one computing device of each '016 Accused Product comprises a processor, for executing the computer-executable instructions, wherein the computer-executable instructions include, if at least one of the monitored one or more parameters falls outside of the predetermined threshold, altering one or more of the one or more sounds so that at least one of the monitored one or more parameters does not fall outside of the predetermined threshold. For example, the Galaxy Pro Buds can be set to boost different frequencies that fall within a chosen threshold. *Galaxy Buds3 Series Offers Enhanced Convenience on the Galaxy S25 Series*, https://news.samsung.com/global/galaxy-buds3-series-offers-enhanced-convenience-on-the-galaxy-s25-series (February 28, 2025).



102.    Further, the at least one computing device of each '016 Accused Product comprises a processor, for executing the computer-executable instructions, wherein the computer-executable instructions include outputting the one or more sounds on the at least one output device. For example, the altered sounds are output through the Galaxy Buds Pro speakers.

103.    Samsung thus directly infringed, and continues to directly infringe, each element of Claim 39 of the '016 Patent by using, selling, and/or offering to sell in the United States, and/or by importing into the United States, without authorization, '016 Accused Products.

104.    Samsung also actively induced and will continue to actively induce after the filing of this complaint, the direct infringement of the '016 Patent by distributors, customers, and other end users of the '016 Accused Products by distributing the '016 Accused Products knowing that each would be further sold, offered for sale, and/or used in the United States, including in Texas.

105.    For example, '016 Accused Products are distributed throughout Texas by third parties like BestBuy.

106.    Defendants took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the '016 Accused Products in a manner that infringes the '016 Patent. Such steps by Defendants include but are not limited to advising and directing customers and/or end users to use the Accused Products in an infringing manner; and/or distributing instructions that guide end users to use the Accused Products in an infringing manner. Defendants perform these steps, which constitute induced infringement, with knowledge of the Patents-in-Suit and with the knowledge that the induced acts constitute infringement. Defendants are aware that the normal and customary use of the Accused Products by their customers and/or end users would infringe the Patents-in-Suit. Defendants' induced infringement is ongoing. *See, e.g.*, Samsung Electronics Co., Ltd., *SM-R530/R630 User Guide*, Oct. 2024. Available: https://www.samsung.com/us/support/downloads/.

107.    In addition, Samsung's ongoing infringement of the '016 Patent is willful. As detailed herein, Samsung has notice of the '016 Patent and its infringement of it. Nevertheless, without authorization, Samsung deliberately continues to infringe the '016 Patent and also encourages others to infringe the '016 Patent, including by selling and/or using '016 Accused Products in the United States.

108.    Samsung's acts of infringement have caused damage to Zophonos, and Zophonos is entitled to recover from Defendant the damages Zophonos has sustained as a result of such wrongful acts in an amount to be proven at trial.

## **DEMAND FOR JURY TRIAL**

109.    Plaintiffs hereby demand a jury trial for all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Zophonos requests entry of judgment in its favor and against Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., as follows:

A.      Declaring that Samsung Electronics and Samsung USA infringed and continue to infringe each of the Asserted Patents;

B.      Awarding damages to Zophonos for such infringement, including enhanced damages pursuant to 35 U.S.C. § 284, pre- and post-judgment interest without any limitation by 35 U.S.C § 287, and going-forward damages through the life of each Asserted Patent;

C.      Awarding Zophonos their attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

D.      Awarding all other costs and further relief that the Court deems just and proper.


Date: July 30, 2025

                                Respectfully submitted,


                                /s/ Andres C. Healy
                                Andres C. Healy
                                Washington State Bar No. 45578
                                ahealy@susmangodfrey.com
                                Kelsey Tuohy
                                Washington State Bar No. 62528
                                ktuohy@susmangodfrey.com
                                SUSMAN GODFREY L.L.P.
                                401 Union Street, Suite 3000
                                Seattle, WA 98101
                                Telephone: (206) 505-3843
                                Facsimile: (206) 516-3883

                                Lexie G. White
                                Texas State Bar No. 24048876
                                lwhite@susmangodfrey.com
                                Chanler Langham

Texas State Bar No. 24053314
clangham@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael Gervais
California Bar No. 330731
mgervais@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Zophonos Inc.*