**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

ZOPHONOS INC.,

               Plaintiff,

      v.

SAMSUNG ELECTRONICS CO., LTD,
AND SAMSUNG ELECTRONICS
AMERICA, INC.,

               Defendants.

Case No. 2:25-cv-00752-JRG

**JURY TRIAL DEMANDED**

**PLAINTIFF ZOPHONOS INC.'S UNOPPOSED MOTION FOR LEAVE
TO AMEND INFRINGEMENT CONTENTIONS**

Plaintiff Zophonos Inc. ("Zophonos") respectfully files this unopposed motion under Local Patent Rule 3-6(b) to amend its infringement contentions as to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). The proposed amendments are attached as Exhibit 1.

Zophonos has conferred with Samsung regarding the relief sought in this motion, and Samsung stated that it does not oppose the motion provided that Samsung is allowed to amend its invalidity contentions within 45 days. Zophonos does not oppose that request.  Samsung further stated that by not opposing this request, it does not concede that the amended contentions comply with the notice requirements of Patent Local Rule 3-1(c).

Zophonos accordingly requests that the Court grant this unopposed motion for leave to amend its infringement contentions.

Dated: April 23, 2026

                                        Respectfully submitted,

1

*/s/Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Chanler Langham
Texas State Bar No. 24053314
clangham@susmangodfrey.com
W. Walker Hobby
Texas State Bar No. 24116522
whobby@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael Gervais
California Bar No. 330731
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Robert Greenfeld
New York Bar No. 2824811
rgreenfeld@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com

MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Zophonos Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 23, 2026 a copy of the foregoing document was served on the parties to this action by electronically filing true and correct copies with the Clerk of the Court using the ECM/ECF system which automatically sent notification by e-mail of such filing to the counsel of record.

*/s/Andres C. Healy*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule CV-7(h), I certify that Plaintiff has conferred with counsel for Defendants, including via email on April 21, 2026. Counsel for Defendants confirmed that the motion is unopposed.

*/s/Andres C. Healy*
Andres C. Healy

4