**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ZOPHONOS INC.,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:25-cv-00752-JRG<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Plaintiff Zophonos Inc. ("Zophonos") and Defendants Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc. (together, "Samsung") previously informed the Court that they had reached an agreement to settle all matters in controversy between them in the above-captioned action and requested a stay to allow for certain prerequisites to dismissal to be completed. Such prerequisites are now complete.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to (1) the dismissal with prejudice of each of Zophonos's asserted claims against Samsung and (2) the dismissal without prejudice of each of Samsung's asserted defenses and counterclaims against Zophonos. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: October 19, 2026

Respectfully submitted,

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com

SUSMAN GODFREY, L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Chanler Langham
Texas State Bar No. 24053314
clangham@susmangodfrey.com
W. Walker Hobby
Texas State Bar No. 24116522
whobby@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael Gervais
California Bar No. 330731
mgervais@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Zophonos Inc.*

*<u>/s/ Ali R. Sharifahmadian</u>*
Jin-Suk Park
jin.park@arnoldporter.com
Ali R. Sharifahmadian
ali.sharifahmadian@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Patrick Reidy
patrick.reidy@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
300 North LaSalle Drive, Suite 3500
Chicago, IL 60654-3406
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Natalie Sinzig
Natalie.sinzig@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Daniel S. Shimell
Daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4231
Facsimile: (213) 243-4199

-and-

Melissa Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 19, 2026, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

*/s/ Andres C. Healy*
Andres C. Healy

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the Parties had a lead and local meet and confer on October 19, 2026, by email, and the relief requested in this motion is unopposed.

*/s/ Andres C. Healy*
Andres C. Healy